1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GARRETT BURTON SASHINGER,          )   No. C 10-01351 JW (PR)
                                        )
12            Plaintiff,                )   ORDER GRANTING EXTENSION OF
                                        )   TIME TO FILE COMPLETE *IN*
13       vs.                            )   *FORMA PAUPERIS* APPLICATION;
                                        )   REQUESTING JAIL OFFICIALS TO
14                                      )   ASSIST PLAINTIFF
     NORTH COUNTY JAIL,                 )
15                                      )
              Defendant.                )
16                                      )
                                        )
17   _____)

18        On March 30, 2010, plaintiff filed this pro se civil rights pursuant to 42 U.S.C. §

19   1983, against the North County Jail in Oakland, California.  The same day, the clerk of

20   the Court sent a notification to plaintiff that the in forma pauperis application he filed

21   with his complaint was insufficient for the following reasons: 1) plaintiff used the

22   incorrect form; 2) the application was not completed in its entirety; 3) plaintiff did not

23   submit a Certificate of Funds in Prisoner's Account completed and signed by an

24   authorized officer at the prison; and 4) plaintiff did not attach a copy of his prisoner

25   trust account statement showing transactions for the last six months.  (Docket No. 2.)

26        On May 10, 2010, plaintiff filed a letter and another forma pauperis application

27   which is again deficient for the following reasons: 1) plaintiff failed to sign and date

28   the form; 2) plaintiff did not submit a Certificate of Funds in Prisoner's Account

Order Granting Ext. of Time to File Complete IFP App.
N:\Pro - Se & Death Penalty\August 2010\10-01351Sashinger01351_ifp-eot.wpd

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  completed and signed by an authorized officer at the prison; and 3) plaintiff did not

2  attach a copy of his prisoner trust account statement showing transactions for the last

3  six months.  (Docket No. 4.)  Plaintiff includes a copy of an inmate grievance form in

4  which it appears he is complaining of the jail officials' failure to assist in completing

5  his in forma pauperis application.  (Id.)

6  In the interest of justice, the Court grants plaintiff an extension of time to file a

7  complete in forma pauperis application, with the necessary supporting documents,

8  **within thirty (30) days** from the date this order is filed.  To this end, the Court

9  requests the financial office of the North County Jail, the place of plaintiff's current

10  confinement, to assist plaintiff in filing a complete in forma pauperis application in a

11  timely manner.

12  **Failure to respond in accordance with this order in the time provided may**

13  **result in dismissal of this case without prejudice for failure to pay the filing fee**

14  **without further notice to plaintiff.**

15  The clerk shall enclose two copies of the court's form In Forma Pauperis

16  Application with a copy of this order to plaintiff.

17

18  DATED:   August 2, 2010

19  JAMES WARE
    United States District Judge

20

21

22

23

24

25

26

27

28

Order Granting Ext. of Time to File Complete IFP App.
N:\Pro - Se & Death Penalty\August 2010\10-01351Sashinger01321_ifp-eot.wpd

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

GARRETT SASHINGER,

Case Number: CV10-01351 JW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

NORTH COUNTY JAIL et al,

9

Defendant.

10

_____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

12

13

That on August 4, 2010, I SERVED a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
inter-office delivery receptacle located in the Clerk's office.

14

15

16

17

Garrett Burton Sashinger #127
The Glen E. Dyer Detention Facility

18

550 - 6th Street
Oakland, CA 94607

19

Dated: August 4, 2010

20

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk

21

22

23

24

25

26

27

28

Order Granting Ext. of Time to File Complete IFP App.
N:\Pro - Se & Death Penalty\August 2010\10-01351Sashinger01351_ifp-eot.wpd