IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARRETT BURTON SASHINGER, | ) | No. C 10-01351 JW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| NORTH COUNTY JAIL, | ) | |
| Defendant. | ) | |

On March 30, 2010, plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983, against the North County Jail in Oakland, California. On August 4, 2010, in the interest of justice, the Court granted plaintiff an extension of time to file a complete in forma pauperis application, with the necessary supporting documents, within thirty days from the date of the order.[1] (See Docket No. 5.) To that end, the Court requested the financial office of the North County Jail, the place of plaintiff's current confinement, to assist plaintiff in filing a complete in forma pauperis application in a timely manner. Plaintiff was advised that failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing

---

[1] Plaintiff had previously filed two separate in forma pauperis applications, which were both deficient. (See Docket No. 5.)

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.10\Sashinger01351_dism3-11.wpd         1

1 | fee without further notice to plaintiff.

2 |     A stamped copy of the Court's August 4, 2010 Order mailed to plaintiff was returned as undeliverable on August 19, 2010, indicating that plaintiff was no longer in custody. (See Docket No. 6.) As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

    More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

    The clerk shall terminate any pending motions.

DATED: March 16, 2011

*[signature: James Ware]*
JAMES WARE
United States District Chief Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.10\Sashinger01351_dism3-11.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT SASHINGER,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTH COUNTY JAIL,<br><br>          Defendant.                              / | Case Number: CV10-01351 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/18/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garrett Burton Sashinger #127
The Glen E. Dyer Detention Facility
550 - 6th Street
Oakland, CA 94607


Dated:      3/18/2011

                                                                    Richard W. Wieking, Clerk
                                                            /s/  By: Elizabeth Garcia, Deputy Clerk